# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**
        **Plaintiff,**

  v.                                      Case No. 14-CR-45

**TROY RANDLE**
        **Defendant.**

## ORDER

**IT IS ORDERED** that defendant's unopposed motion to declare this case unusual and complex (R. 12) is **GRANTED**.

**IT IS FURTHER ORDERED** that the trial set for May 5, 2014, is adjourned, and the matter is set for **STATUS** on **Friday, April 25, 2014, at 10:30 a.m.** For the reasons stated in defendant's motion, the court finds that the ends of justice served by adjourning the trial outweigh the best interests of the defendant and the public in a speedy trial. See 18 U.S.C. § 3161(h)(8)(A) & (B)(ii).

Dated at Milwaukee, Wisconsin, this 10th of March, 2014.

                                      /s Lynn Adelman
                                      _____
                                      LYNN ADELMAN
                                      District Judge